**Motion granted and Order filed November 29, 2022.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-22-00805-CV
_____

### SL GLOBAL INVESTMENTS, LLC AND MAXIMO HERNANDEZ, Appellants

### V.

### PARKER DRILLING OVERSEAS B.V., Appellee

---

**On Appeal from the 334th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2021-76903**

---

## ORDER

This is an interlocutory appeal from an order denying appellant's motion to compel arbitration. Before the court is appellants' motion to stay all proceedings in the trial court pending resolution of this appeal. Appellee has filed a response in opposition to the motion, and appellants have filed a reply in support.

The court hereby grants the motion in full. In doing so, the court rejects appellee's proposed outcomes of staying only appellants' ability to pursue discovery

in the trial court proceeding while allowing appellee to pursue discovery before the trial court, and to stay proceedings except as to tort claims against appellant Maximo Hernandez. Appellants contend all such proceedings must be arbitrated pursuant to an underlying arbitration agreement, and if this court ultimately finds the parties' dispute must be arbitrated whether wholly or partially, appellants' arbitral rights would have been impaired and the parties' resources would be wasted by pursuing remedies in an improper forum. *See In re Merrill Lynch & Co., Inc.*, 315 S.W.3d 888, 891 (Tex. 2010) (per curiam); *In re Prudential Ins. Co. of Am.*, 148 S.W.3d 124, 136 (Tex. 2004). Accordingly, all proceedings in the trial court are hereby stayed pending issuance of the mandate in this appeal. We also lift our temporary stay entered on November 8, 2022.

PER CURIAM

Panel Consists of Justices Wise, Jewell, and Spain.

2